AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 05, 2020

SEAN F. McAVOY, CLERK

DANIEL D.
*Plaintiff*

v.

Civil Action No. 1:19-CV-03141-JTR

ANDREW M. SAUL, Commissioner of Social Security
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ___ recover from the defendant *(name)* ___ the amount of ___ dollars ($ ___), which includes prejudgment interest at the rate of ___ %, plus post judgment interest at the rate of ___ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ___ recover costs from the plaintiff *(name)* ___ .

☑ other: Plaintiff's Motion for Summary Judgment (ECF No. 12) is GRANTED, in part. Matter is REMANDED to Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Defendant's Motion for Summary Judgment (ECF No. 13) is DENIED. Judgment is entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge ___ presiding, and the jury has rendered a verdict.

☐ tried by Judge ___ without a jury and the above decision was reached.

☑ decided by Judge JOHN T. RODGERS on motions for Summary Judgment (ECF Nos. 12 and 13).

Date: August 5, 2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Melissa Orosco
*(By) Deputy Clerk*

Melissa Orosco